UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 07-46013-399 |
| Tyrone Cox, | ) | Chapter 13 |
| | ) | Hearing Date: 04/03/08 |
| Debtor(s) | ) | Hearing Time: 10:30 a.m. |

FIRST AMENDED CHAPTER 13 PLAN

**PAYMENTS. Debtor is to pay to the Chapter 13 Trustee the sum of the following amounts: (complete one of the following payment options)**

$700.00 per month for 60 months.

$_____ per month for _____ months, then $_____ per month for _____ months, then $_____ per month for _____ months.

A total of $_____ through _____, then $_____ per month for _____ months beginning with the payment due in _____, 20____.

In addition, Debtor shall pay to the Trustee, and the plan base shall be increased by the following:

(1) Debtor shall send any tax refund received during the plan to the Trustee; however, debtor may retain a portion of a tax refund to pay income taxes owed to any taxing authority for the same period as the refund. Debtor may also retain from such refunds the lesser of the sum of two monthly plan payments or $600 from such tax refunds, each year, for necessities. (2) Fifty percent of any distribution paid or payable to the debtor from debtor's pension plan or as an employee bonus. (3) Additional lump sum(s) consisting of _____, if any, to be paid to the Trustee.

A minimum of $30,000.00 to be paid to non-priority unsecured creditors. (Dollar amount or 100%)

**DISBURSEMENTS. Creditors shall be paid in the following order and in the following fashion. Unless stated otherwise, the Chapter 13 Trustee will make the payments to creditors. All disbursements by the Trustee to be made pro-rata by class, except per month disbursements described below:**

1. **Trustee and Court Fees.** Pay Trustee a percent of all disbursements as allowed by law [and pay filing fee in the amount of $_____]

2. **Executory Contract/Lease Arrearages**. Trustee to cure pre-petition arrearage on

1                                                                                              (L.F. 13 Rev. 01/07-A)

any executory contract accepted in paragraphs 3(A or B) over the following period, estimated as follows:

CREDITOR NAME             TOTAL AMOUNT DUE             CURE PERIOD

3. Pay sub-paragraphs concurrently:

   (A) **Post-petition real property lease payments.** Debtor assumes executory contract for real property with the following creditor(s) and proposes to maintain payments in accordance with terms of the original contract as follows:
   CREDITOR NAME             MONTHLY PAYMENT             BY DEBTOR/TRUSTEE


   (B) **Post-petition personal property lease payments**. Debtor assumes executory contract for personal property with the following creditor(s) and proposes to maintain payments in accordance with terms of the original contract as follows:
   CREDITOR NAME             MONTHLY PAYMENT             EST MONTHS REMAINING


   (C) **Continuing Debt Payments (including post-petition mortgage payments on real estate other than Debtor's residence )** Maintain payments of the following continuing debt(s) in accordance with terms of the original contract with any arrearages owed at the time of filing to be cured in paragraph ___ below.
   CREDITOR NAME             MONTHLY PAYMENT

   (D) **Post-petition mortgage payments on Debtor's residence.** Payments due post-filing on debt(s) secured by lien(s) on Debtor(s) residence to be at the monthly amount listed below (or as adjusted by creditor under terms of loan agreement) to:
   CREDITOR NAME             MONTHLY PAYMENT             BY DEBTOR/TRUSTEE
   CitiFinancial Mortgage    $1399.00                    Debtor

   (E) **DSO Claims in equal installments.** Pay the following pre-petition domestic support obligation arrears in full in equal monthly installments over the life of the plan, estimated as:
   CREDITOR NAME             TOTAL AMOUNT DUE             INTEREST RATE

4. **Attorney Fees**. Pay Debtor's attorney $1,640.00 in equal monthly payments over 12 months. Any additional fees allowed by the Court shall be paid pursuant to paragraph 6 below. [See procedures manual for limitations on use of this paragraph]

5. Pay sub-paragraphs concurrently:

   (A) **Pre-petition arrears on secured claims paid in paragraph 3**. Pay arrearage on debt secured by liens on real property in equal monthly installments over the period and with the interest rate identified below, estimated as follows:
   CREDITOR NAME       TOTAL AMOUNT DUE       CURE PERIOD       INTEREST RATE
   CitiFinancial Mortgage   $5,000.00         36 months         0%

   (B) **Secured claims to be paid in full.** The following claims shall be paid in full in

equal monthly payments over the period set forth below with 7.88% interest.
CREDITOR     EST BALANCE DUE          REPAY PERIOD         TOTAL w/ INTEREST

(C) **Secured claims subject to modification.** Pay all other secured claims the fair market value of the collateral, as of the date the petition was filed, in equal monthly payments over the period set forth below with 7.88% interest and with any balance of the debt to be paid as non-priority unsecured debt under paragraph 7(A), estimated as set forth below:

CREDITOR     BALANCE DUE     FMV     REPAY PERIOD     TOTAL w/ INTEREST
Ford Motor   $3,500.00       $1,500.00   52 months        $2,300.00

(D) **Co-debtor guaranteed debt paid in equal monthly installments**. The following co-debtor guaranteed claims(s) to be paid by Trustee or by the co-debtor as noted below. If paid by Trustee, pay claim in equal monthly installments over the period and with interest as identified below.
CREDITOR     EST BALANCE   TRUSTEE/CO-DEBTOR     PERIOD     INTEREST RATE

6. Pay $1,000.00 of debtor's attorney's fees and any additional attorney fees allowed by the Court .

7. Pay sub-paragraphs concurrently:

(A) **Unsecured Co-debtor guaranteed claims**. The following unsecured co-debtor guaranteed debt to be paid by Trustee or by the co-debtor as noted below. If paid by Trustee, pay claim in full with interest rate as identified below.
CREDITOR NAME     EST TOTAL DUE     TRUSTEE/CO-DEBTOR     INTEREST RATE

(B) **Assigned DSO Claims**. Domestic support obligation arrearages assigned to, or recoverable by, a governmental unit, to be paid a fixed amount with the balance to be owed by the Debtor(s) after completion of the Plan, pursuant to § § 507(a)(1)(B) and 1322(a)(4). Regular payments that become due after filing shall be paid **directly** by Debtor(s).
CREDITOR          TOTAL DUE          TOTAL AMOUNT PAID BY TRUSTEE

8. **Priority Claims.** Pay the following priority claims allowed under 11 U.S.C. section 507 in full, estimated as follows:
CREDITOR NAME                TOTAL AMOUNT DUE
St. Francios County Collector     $2,700.00

9. Pay the following sub-paragraphs concurrently:

(A) **General Unsecured Claims**. Pay non-priority, unsecured creditors. Estimated total owed:$38,145.00. Estimated amount available $_____. Estimated repayment in Chapter 7: $0. Amount required to be paid to non-priority unsecured creditors as determined by 1325(b) calculation: $30,000.00.

(B) **Surrender of Collateral**.  Debtor proposes to surrender the following collateral to the following creditor(s) with any deficiency paid as non-priority unsecured debt:

| CREDITOR | COLLATERAL |
|---|---|
| Drive Financial | 2004 Dodge Stratus |
| Home Q Mortgage | real estate located at 209 Allen, Bonne Terre, MO 63628 |

(C) **Rejected Executory Contracts/Leases.**  Debtor rejects the following executory contract(s) with the following creditor(s).  Any balance to be paid as non-priority unsecured debt.:

| CREDITOR | CONTRACT/LEASE |
|---|---|
|  |  |

10. Other:

11. All secured creditors shall retain the liens securing their claims until the earlier of the payment of the underlying debt determined under non-bankruptcy law or discharge under section 1328.  However, the Debtor will request avoidance of non-purchase money liens secured by consumer goods as well as judicial liens which impair exemptions and said creditors will not retain their liens if the Court enters an order granting the Debtor's request to avoid the liens.

12. Any pledged credit union shares or certificates of deposit held by any bank shall be applied to the amount owed such Claimant.

13. Title to Debtor's property to re-vest in Debtor upon confirmation.  Debtor is not to incur further credit or debt without the consent of the Court unless necessary for the protection of life, health or property and consent cannot be obtained readily.

14. Any post-petition claims filed and allowed under 11 U.S.C. section 1305 may be paid through the plan.

CREDITOR'S NOTICE: YOU MUST FILE A CLAIM IN ORDER TO PARTICIPATE IN DISBURSEMENTS PROPOSED HEREIN. CLAIMS SHALL SHARE ONLY IN FUNDS DISBURSED AFTER THE CHAPTER 13 TRUSTEE RECEIVES THE CLAIM.  IN COMPLIANCE WITH ORDER OF THE COURT, ABSENT A SPECIFIC ORDER OF THE COURT TO THE CONTRARY, THE CHAPTER 13 TRUSTEE, RATHER THAN THE DEBTOR, WILL MAKE ALL PRE-CONFIRMATION DISBURSEMENTS PURSUANT TO SECTION 1326(a).  ALL CREDITORS ENTITLED TO PRE-CONFIRMATION DISBURSEMENTS, INCLUDING LEASE CREDITORS, MUST FILE A PROOF OF CLAIM TO BE ENTITLED TO RECEIVE SUCH PAYMENTS FROM THE CHAPTER 13 TRUSTEE. PURSUANT TO LOCAL RULE, THE PROOF OF CLAIM SHALL CONTROL THE VALUATION OF COLLATERAL AND ANY VALUATION STATED IN THE PLAN SHALL NOT BE BINDING ON THE CREDITOR.

DATE: _03/31/08_   ATTORNEY FOR DEBTOR: _/s/ Greg A. Luber_____

## CERTIFICATE OF MAILING

The undersigned hereby certifies that a copy of the foregoing Plan was mailed to all creditors on the attached list this 31st day of March 2008.

/s/ Greg A. Luber_____
Greg A. Luber, #32721/ Fed. #10541
Attorney for Debtor(s)
3450 McKelvey Road
Bridgeton, MO  63044
Telephone (314) 291-4141
Facsimile (314) 291-8904
Email:  gluber51@yahoo.com

Ameren U.E.
Post Office Box 66529
Saint Louis, MO 63166

ATt & T
P.O.Box 3084
Visalia, CA 93278

BC Missouir Emergency PHysicians LLP
75 Remitt Drive #1900
Chicago, IL 60675

Citi Financial Mortgage
P.O.Box 9023
Des Moines, IA 50368

Direct Marketing
726 Exchange St.
Ste. 700
Buffalo, NY 14210

Drive Financial Services
P.O.Box 562088
Dallas, TX 75356

Emergency Physicians of Mid Missouri PC
P.O. Box 172
Columbia, MO 65205

First State Community Bank
1338 Main St.
Bonne Terre, MO 63628

Ford Credit
P.O.Box 790093
Saint Louis, MO 63179-0093

Ford Credit
P.O.Box 790093
Saint Louis, MO 63179-0093

HomeQ
P.O.Box 13716
Sacramento, CA 95853-3716

Jean Cox
8456 East Mapavi
Bonne Terre, MO 63628

Jean Cox
209 N. Allen
Bonne Terre, MO 63628

Jean Cox
209 N. Allen
Bonne Terre, MO 63628

Jean Cox
209 N.Allen
Bonne Terre, MO 63628

Jefferson Memorial Hospital
Post Office Box 167
Crystal City, MO 63019

Med 1
Second Street
Saint Charles, MO 63301

Med 1
Second St.
Saint Charles, MO 63301

Missouri Heart Center
P.O.Box 6902
Columbia, MO 65205

Orchard Bank
P.O. Box 5222
Carol Stream, IL 60197

Parkland Health Center
P.O. box 602613
Saint Louis, MO 63160

Parkland Health Ctr.
3952 S.Fairview Ave.
Springfield, MO 65807

Pay Day to Day
1328 Main
Bonne Terre, MO 63628

Slu Care
Post Office Box 1835314
Saint Louis, MO 63195

Smith Imaging Inc.
P.O.Box 798266
Saint Louis, MO 63179

St. Joseph Hospital West
Post Office Box 503678
Saint Louis, MO 63150

St. Joseph Hospital West
Lake St. Louis, MO

St.Francios Co. Collector
Farmington, MO 63640

St.Louis University Hospital
P.O.Box 676786
Dallas, TX 75267

Sun Loan
101 Strauss St.
Park Hills, MO 63601