IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT
STATE OF MISSOURI

| | | |
|---|---|---|
| In Re: | ) | Case No. 07-46013-399 |
| | ) | Chapter 7 |
| Tyrone Cox, | ) | |
| | ) | Motion to Dismiss Chapter 7 Case |
| Debtor. | ) | |
| | ) | Response due:  April 29, 2010 |

### NOTICE OF MOTION TO DISMISS CHAPTER 7 CASE

**PLEASE TAKE NOTICE:  ANY RESPONSIVE PLEADING IN OPPOSITION TO THIS MOTION MUST BE FILED IN WRITING NO LATER THAN TWENTY-ONE (21) DAYS FROM THE DATE OF SERVICE OF THIS MOTION AS SHOWN ON THE CERTIFICATE OF SERVICE.  THE RESPONSE MUST BE IMMEDIATELY SERVED UPON THE UNDERSIGNED AND UPON ALL ENTITIES DESCRIBED IN L.B. 9013-1 A.  THE COURT MAY GRANT THE MOTION WITHOUT FURTHER NOTICE TO ANY PARTY UPON EXPIRATION OF THE RESPONSE PERIOD IF NO RESPONSE IS FILED.**

**IF A RESPONSE OR OBJECTION IS FILED, THE MOVANT, APPLICANT OR CLAIM OBJECTOR SHALL SET THE MATTER FOR HEARING AND PROVIDE NOTICE THEREOF TO THE RESPONDENT AND ALL ENTITIES DESCRIBED IN L.B.R. 9013-1 A.**

COMES NOW Debtor, Tyrone Cox herein, and wishes to voluntarily dismiss his Petition for Chapter 7 Bankruptcy without prejudice which was converted on February 24, 2010, and for his reasons states:

1.  That Debtor is not eligible to be a Debtor in a Chapter 7 bankruptcy case due to previously filed bankruptcy cases.
2.  That this case has not been converted under 11 USD § 706 or 11 USC § 1112.

WHEREFORE, the Debtor prays for an Order of the Court dismissing his Voluntary Petition for Bankruptcy without prejudice which was converted on February 24, 2010, and for such other and further orders as the court deems just and fair.

Date:  4/08/2010                            /s/  Greg A. Luber
                                            Greg A. Luber #32721
                                            Attorney at Law
                                            501 First Capitol Drive, Ste. 2
                                            St. Charles, MO 63301
                                            (636) 947-1122
                                            (636) 723-8519 fax
                                            gluber51@yahoo.com
                                    CERTIFICATE OF SERVICE

   The undersigned certifies that a true copy of the foregoing was served via United States Mail, first class, postage prepaid this  8th  day of April, 2010 on the Chapter 7 Trustee and all creditors of record attached.

           /s/  Greg A. Luber
           Greg A. Luber
           Attorney at Law

Ameren U.E.
Post Office Box 66529
Saint Louis, MO 63166

ATt & T
P.O.Box 3084
Visalia, CA 93278

BC Missouir Emergency PHysicians LLP
75 Remitt Drive #1900
Chicago, IL 60675

Citi Financial Mortgage
P.O.Box 9023
Des Moines, IA 50368

Direct Marketing
726 Exchange St.
Ste. 700
Buffalo, NY 14210

Drive Financial Services
P.O.Box 562088
Dallas, TX 75356

Emergency Physicians of Mid Missouri PC
P.O. Box 172
Columbia, MO 65205

First State Community Bank
1338 Main St.
Bonne Terre, MO 63628

Ford Credit
P.O.Box 790093
Saint Louis, MO 63179-0093

Ford Credit
P.O.Box 790093
Saint Louis, MO 63179-0093

HomeQ
P.O.Box 13716
Sacramento, CA 95853-3716

Jean Cox
8456 East Mapavi
Bonne Terre, MO 63628

Jean Cox
209 N. Allen
Bonne Terre, MO 63628

Jean Cox
209 N. Allen
Bonne Terre, MO 63628

Jean Cox
209 N.Allen
Bonne Terre, MO 63628

Jefferson Memorial Hospital
Post Office Box 167
Crystal City, MO 63019

Med 1
Second Street
Saint Charles, MO 63301

Med 1
Second St.
Saint Charles, MO 63301

Missouri Heart Center
P.O.Box 6902
Columbia, MO 65205

Orchard Bank
P.O. Box 5222
Carol Stream, IL 60197

Parkland Health Center
P.O. box 602613
Saint Louis, MO 63160

Parkland Health Ctr.
3952 S.Fairview Ave.
Springfield, MO 65807

Pay Day to Day
1328 Main
Bonne Terre, MO 63628

Slu Care
Post Office Box 1835314
Saint Louis, MO 63195

Smith Imaging Inc.
P.O.Box 798266
Saint Louis, MO 63179

St. Joseph Hospital West
Post Office Box 503678
Saint Louis, MO 63150

St. Joseph Hospital West
Lake St. Louis, MO

St.Francios Co. Collector
Farmington, MO 63640

St.Louis University Hospital
P.O.Box 676786
Dallas, TX 75267

Sun Loan
101 Strauss St.
Park Hills, MO 63601